DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMIE GORDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-0384

[August 3, 2017]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312010CF000561A.

Daniel Tibbitt of the Law Office of Daniel J. Tibbitt, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed*

GERBER, C.J., LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***